**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE WORLD TRADE CENTER SITE LITIGATION | 21 MC 100 (AKH)

THIS DOCUMENT APPLIES TO ALL WORLD TRADE CENTER DISASTER LITIGATION

## RETURN OF SERVICE

Service of the Summons and Complaints[1] was made by me[2]
DATE: 5/3/07
NAME OF SERVER (PRINT): OGUZ OZDEMIR
TITLE: SERVER

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Pursuant to FRCP Rule 4 (h) by serving a copy of the Summons and Complaint with the Authorized Agent of Defendant(s) at

ULTIMATE DEMOLITIONS - CS HAULING
500 New Street
Oceanside, NY 11572

For the following Defendant(s):

ULTIMATE DEMOLITIONS/CS HAULING

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/3/07
Date

Signature of Server: Oguz Ozdemir

Address of Server: 115 B'way, NYC 10006

ADRIA MERCEDES PONCE
Notary Public, State of New York
No. 01PO6067690
Qualified in Bronx County
Commission Expires December 17, 2009

*281*   *184*   *54*   *50*

---

[1] See attached rider
[2] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**\*281\*  \*184\*  \*54\*   \*50\***

# Service Rider

Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 12912 | Christopher Abramowski (and Wife, Pawnett Abramowski) | 06cv13775 | 4/23/2007 |
| 2654 | Gregory Anderson (and Wife, Nicole E Anderson) | 07cv783 | 2/1/2007 |
| 13392 | Michael Banks (and Wife, Helene Banks) | 07CV69 | 1/3/2007 |
| 12349 | Michael Bestany (and Wife, Tricia Bestany) | 07CV70 | 1/3/2007 |
| 14644 | Macarther Bobbitt (and Wife, Maria Munez) | 07CV67 | 1/3/2007 |
| 13665 | Gerard Bowden (and Wife, Janine M Bowden) | 07CV207 | 1/10/2007 |
| 3614 | Joanne Ingato, as Executrix of James Circello | 07cv3070 | 4/16/2007 |
| 13468 | Trevor Cooke (and Wife, Michelle R Cooke) | 07CV71 | 1/3/2007 |
| 8301 | Douglas Edwards (and Wife, Maureen Edwards) | 07cv2458 | 3/26/2007 |
| 14680 | Stephen Feeks (and Wife, Anne Feeks) | 07cv784 | 2/1/2007 |
| 13284 | Sandra Fernandez | 07cv2459 | 3/26/2007 |
| 2066 | William Fernandez (and Wife, Christine Fernandez) | 07cv059 | 1/3/2007 |
| 14779 | Donald Foley (and Wife, Kelly Ann Foley) | 07cv657 | 1/26/2007 |
| 14282 | Lloyd Harmon (and Wife, Maria Harmon) | 07cv2457 | 3/26/2007 |
| 13227 | Christopher Lemke (and Wife, Katherine L Lemke) | 07cv56 | 1/3/2007 |
| 13269 | Michael Lonski (and Wife, Evelyn Lonski) | 07cv2758 | 4/5/2007 |
| 13838 | Gary Marmaro (and Wife, Debbie Marmaro) | 07CV72 | 1/3/2007 |
| 13749 | Gregory McCann (and Wife, Karissa McCann) | 07CV68 | 1/3/2007 |
| 13633 | Stephen McDade (and Wife, Amy McDade) | 07cv208 | 1/10/2007 |
| 14343 | Bruce Mogg (and Wife, Rosa Mogg) | 07cv785 | 2/1/2007 |
| 13462 | Luis Olivero (and Wife, Anna Olivero) | 06cv14063 | 1/3/2007 |
| 13837 | Peter Pawelski | 06cv14072 | 1/3/2007 |
| 12966 | Raymond Reid (and Wife, Maureen Reid) | 07CV209 | 1/10/2007 |
| 8916 | Anthony Romano (and Wife, Francis Romano) | 07cv3072 | 4/16/2007 |
| 14162 | Lynne Sanderson-Burgess (and Husband, James Burgess) | 07cv2258 | 3/14/2007 |
| 12814 | Thomas Smyth | 06cv14132 | 4/23/2007 |
| 12888 | Robert Streit | 06cv14138 | 1/3/2007 |
| 13243 | Frank Strollo (and Wife, Marie Strollo) | 07cv2460 | 3/26/2007 |
| 13715 | Ronaldo Vega (and Wife, Judy Ann Vega) | 07cv55 | 1/3/2007 |
| 14495 | John Vigliotti (and Wife, Laura Vigliotti) | 07CV782 | 2/1/2007 |
| 12895 | Lee Weir (and Wife, June Ann Weir) | 07CV058 | 1/3/2007 |
| 10435 | Robert White | 07CV74 | 1/3/2007 |

32    Group: *281*    Out *39*    In: *50*